NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAYDANYON CORPORATION,**
*Appellant*

**v.**

**UNITED STATES DEFENSE LOGISTICS AGENCY,**
*Appellee*

---

2016-1345

---

Appeal from the Armed Services Board of Contract Appeals in No. 57681, Administrative Judge David W. James, Jr.

---

**JUDGMENT**

---

MARC STEVEN KAUFMAN, Vandiver & Kaufman, Lavonia, GA, argued for appellant.

MARK E. PORADA, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., BRYANT G. SNEE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* DYK and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 17, 2017       /s/ Peter R. Marksteiner
Date       Peter R. Marksteiner
      Clerk of Court